**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rhon Savory                                                          CHAPTER 7

                           Debtor(s)

BKY. NO. 26-10049 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                   /s/ Matthew Fissel
                                   Matthew Fissel
                                   12 Jan 2026, 15:18:19, EST

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322

Document ID: caf57b4613a7633e0f089c754a65362fc6e016e1ab182c2a618e6a9113b90ecc