Certificate Number: 14912-PAE-DE-040603973

Bankruptcy Case Number: 26-10049



14912-PAE-DE-040603973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2026, at 11:51 o'clock AM EST, Rhon Savory completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 10, 2026                    By:     /s/Jai Bhatt

                                             Name:  Jai Bhatt

                                             Title:   Counselor